IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAOJUN SUN, <br><br> Plaintiff, <br><br> v. <br><br> THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A", <br><br> Defendants. | Case No. 23-cv-14080 <br><br> Judge Mary M. Rowland <br><br> Magistrate Judge M. David Weisman |

**NOTICE OF WITHDRAWAL OF MOTION FOR ENTRY OF
A PRELIMINARY INJUNCTION AS TO CERTAIN DEFENDANTS**

Please take notice that Plaintiff, Shaojun Sun, hereby withdraws his Motion For Entry Of A Preliminary Injunction As To Certain Defendants [32].

Plaintiff has been working diligently to settle his dispute with the remaining Defendants, and has made substantial progress towards such settlement. In particular, Plaintiff has either already settled with, or is presently working to settle with, all Defendants having substantial sales of the accused products, including the Defendants that opposed Plaintiff's motion for preliminary injunction. Accordingly, there is no longer an urgent need for a continuing restraint on any of the Defendants.

Given the withdrawal of Plaintiff's motion, Plaintiff and Defendants Bkdirect and MELDEL GROUP LIMITED US are submitting a motion to appear telephonically at the November 21, 2023 status conference.

1

| | |
|---|---|
| Dated: November 20, 2023 | Respectfully submitted,<br><br>By: /s/ *Mark C. Johnson*<br>Mark C. Johnson<br>Kyle B. Fleming<br>Sarah L. Boone<br>RENNER OTTO<br>1621 Euclid Avenue, Floor 19<br>Cleveland, Ohio 44115<br>216.621.1113<br>216.621.6165 (facsimile)<br>mjohnson@rennerotto.com<br>kfleming@rennerotto.com<br>sboone@rennerotto.com<br><br>*Counsel for Plaintiff* |