IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| SHAOJUN SUN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE PARTNERSHIPS AND UNINCORPORATED ASSOCIATIONS IDENTIFIED ON SCHEDULE "A",<br><br>　　　　　Defendants. | Case No. 23-cv-14080<br><br>Judge Mary M. Rowland<br><br>Magistrate Judge M. David Weisman |

## NOTICE OF DISMISSAL UNDER RULE 41(a)(1)

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Shaojun Sun hereby dismisses this action without prejudice as to the following Defendants:

| No | Name / Seller Alias | URL |
|---|---|---|
| 4 | FANNAS | amazon.com/sp?seller=AD38C1HXVEE1O |
| 41 | HS LLC | walmart.com/seller/101084461 |
| 42 | NiuHui Luggage Company | walmart.com/seller/101082363 |
| 44 | Guangzhou British trading Co., LTD | walmart.com/seller/12047 |
| 45 | Qifa | walmart.com/seller/101185634 |
| 52 | Asia Trading | wish.com/merchant/56dace149a03dc759a0bcf9f |

Dated: December 19, 2023

Respectfully submitted,

By: /s/ *Sarah L. Boone*
Mark C. Johnson
Kyle B. Fleming
Sarah L. Boone
RENNER OTTO
1621 Euclid Avenue, Floor 19
Cleveland, Ohio 44115
216.621.1113
216.621.6165 (facsimile)
mjohnson@rennerotto.com
kfleming@rennerotto.com
sboone@rennerotto.com

*Counsel for Plaintiff*